BRIEN J. FARRELL, City Attorney (SBN 088318)
CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
City of Santa Rosa
100 Santa Rosa Avenue
P. O. Box 1678
Santa Rosa, California 95402-1678

Telephone: (707) 543-3040

Attorneys for Defendants City of Santa Rosa,
Edwin Flint, Police Chief, Officer Alissa Johnson
and Officer Matthew Sanchez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMBERT, an Individual, and BEVERLY LAMBERT, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SANTA ROSA, a chartered city; SANTA ROSA POLICE DEPARTMENT, a police agency; Santa Rosa Police Chief Edwin F. Flint; Matthew A. Sanchez, individually and as a police officer of the Santa Rosa Police Department; and Alissa Johnson, individually and as a police officer of the Santa Rosa Police Department; and DOES 1 TO 25, <br><br> Defendants. <br> _____ / | Case No. C 05-02931 CW <br><br> **STIPULATION AND ORDER RE PARTIAL DISMISSAL OF PARTIES AND CLAIMS IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS** <br><br><br> Date: November 4, 2005 <br> Time: 10 a.m. <br> Ctrm: 2 <br> Judge: Hon. Claudia Wilken |

WHEREAS, defendants City of Santa Rosa, Edwin Flint, Police Chief, Officer Alissa Johnson and Officer Matthew Sanchez filed a Motion to Dismiss on July 22, 2005 which is set for hearing on November 4, 2005; and

WHEREAS, plaintiffs William and Beverly Lambert responded to defendants' motion on October 14, 2005; and

WHEREAS, after plaintiffs' review of defendants' motion to dismiss, plaintiffs' have voluntarily agreed to dismiss all claims against one of the defendants and several of the claims

1  against all defendants

2  The parties hereby stipulate as follows:

3  1. Plaintiffs will voluntarily dismiss with prejudice all causes of action against Chief of Police Edwin Flint.

5  2. Plaintiffs will dismiss with prejudice the Third, Fourth, Fifth, Sixth, Tenth, and Eleventh Causes of Action as to all defendants.

7  3. This stipulation and order shall not waive either parties rights to argue the remaining issues raised by Defendants' Motion to Dismiss.

Dated: _____

CAROLINE L. FOWLER
Assistant City Attorney
Attorney for Defendants City of Santa Rosa, Edwin Flint, Police Chief, Officer Alissa Johnson and Officer Matthew Sanchez

Dated: _____

ERIC G. YOUNG, Esq.
Attorney for Plaintiffs
William and Beverly Lambert

**ORDER**

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. The entire complaint is hereby dismissed with prejudice against Defendant Chief of Police Edwin Flint.

2. The Third, Fourth, Fifth, Sixth, Tenth, and Eleventh Causes of Action are hereby dismissed with prejudice as to all defendants.

10/27/05
Dated: _____

/s/ Claudia Wilken
THE HONORABLE CLAUDIA WILKEN
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28