1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2  City of Santa Rosa
   100 Santa Rosa Avenue
3  P. O. Box 1678
   Santa Rosa, California 95402-1678
4
   Telephone:  (707) 543-3040
5
   Attorneys for Defendants City of Santa Rosa,
6  Officer Alissa Johnson and Officer Matthew Sanchez

7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10 WILLIAM LAMBERT, an individual, and         Case No.  C 05-02931 CW
   BEVERLY LAMBERT, an individual,
11
                       Plaintiffs,              **STIPULATION AND ORDER RE**
12                                              **DISMISSAL OF DEFENDANT**
           v.                                   **POLICE OFFICER ALISSA**
13                                              **JOHNSON WITH PREJUDICE**
   CITY OF SANTA ROSA, a chartered city;
14 MATTHEW A. SANCHEZ, individually             **[F.R.C.P. 41 (a)(1)]**
   and as a Police Officer of the Santa Rosa
15 Police Department; ALISSA JOHNSON,
   individually and as a Police Officer of the
16 Santa Rosa Police Department; and DOES 1
   through 25,
17
                       Defendants.
18 _____/

19

20         WHEREAS, plaintiffs have voluntarily agreed to dismiss with prejudice pursuant to

21 F.R.C.P. 41(a)(1) all causes of action asserted in the First Amended Complaint against

22 Defendant Alissa Johnson individually and as a Police Officer of the Santa Rosa Police

23 Department in the above-captioned action; and

24         WHEREAS, in exchange for said dismissal defendants agree to waive attorney's fees and

25 costs related to defense of Defendant Alissa Johnson; and

26         WHEREAS, defendants agree to make Defendant Alissa Johnson available to testify at

27 the time of  trial in this matter.  The parties hereby stipulate as follows:

28         1.     All causes of action asserted against Defendant Alissa Johnson individually and

as a Police Officer of the Santa Rosa Police Department set forth in the First Amended Complaint are hereby dismissed.

Dated: _____

CAROLINE L. FOWLER
Assistant City Attorney
Attorney for Defendants
City of Santa Rosa, Officer Alissa Johnson and
Officer Matthew Sanchez

Dated: _____

FRANK J. CHRISTY, JR., ESQ.
Attorney for Plaintiffs
William and Beverly Lambert

**ORDER**

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED:**

1. The entire First Amended Complaint is hereby dismissed with prejudice against Defendant Alissa Johnson individually and as a Police Officer of the Santa Rosa Police Department.

2. Defendants waive attorney's fees and costs related to defense of Defendant Alissa Johnson.

3. Defendants shall make Defendant Alissa Johnson available to testify at the time of trial in this matter.

Dated: 4/6/06 _____

*Claudia Wilken*
THE HONORABLE CLAUDIA WILKEN
United States District Judge