1  ERIC G. YOUNG, ESQ. (SBN 190104)
   LAW OFFICE OF ERIC G. YOUNG
2  100 B Street, Suite 340
   Santa Rosa, CA 95401
3  Telephone: 707.575.5005
   Facsimile: 707.575.5395
4
   FRANK J. CHRISTY, JR., ESQ. (SBN 119615)
5  LAW OFFICE OF FRANK J. CHRISTY, JR.
   11 Western Avenue
6  Petaluma, CA 94952
   Telephone: 707.773.2714
7  Facsimile: 707.762.3538

8  Attorneys for Plaintiffs
   WILLIAM LAMBERT and
9  BEVERLY LAMBERT

10 BRIEN J. FARRELL, City Attorney (SBN 088318)
   CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
11 City of Santa Rosa
   100 Santa Rosa Avenue
12 P.O. Box 1678
   Santa Rosa, CA 95402-1678
13 Telephone: 707-543-3040

14 Attorneys for Defendants
   MATTHEW SANCHEZ and
15 CITY OF SANTA ROSA

16

17                **UNITED STATES DISTRICT COURT**

18           **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19

20 WILLIAM LAMBERT, an individual, and  )   Case No. C05-02931 CW
   BEVERLY LAMBERT, an individual,      )
21                                       )   **JOINT STIPULATION REGARDING**
            Plaintiffs,                  )   **MOTIONS *IN LIMINE* FOLLOWING**
22                                       )   **MEET AND CONFER; ORDER**
   v.                                    )   **THEREON**
23                                       )
   CITY OF SANTA ROSA, a chartered city; )
24 MATTHEW A SANCHEZ, individually       )
   and as a Police Officer of the Santa Rosa )
25 Police Department; et al.             )
                                          )
26 _____ )

27

28 Joint Stipulation Re: Motions *In Limine*

On October 3, 2006, pursuant to the Court's Order for Pretrial Preparation, counsel for the parties met and conferred regarding the parties' respective Motions *In Limine*. As a result of that meeting, counsel for the parties jointly stipulated and agreed as follows:

## ON PLAINTIFFS' MOTIONS *IN LIMINE*

1. On Plaintiffs' *Motion In Limine To Exclude Any Reference To Former Attorneys Employed By Plaintiffs Or The Services Performed By Such Attorneys* - Defendants agree not to elicit any such evidence or make any comments or argument at the time of trial except as may be relevant during questioning about the investigation undertaken by Defendant CITY OF SANTA ROSA following the incident on March 22, 2004 and the attorney's participation in that process.

2. On Plaintiffs' *Motion In Limine To Exclude Any Reference To The Qualifications, Expertise Or Specialization Of Any Attorneys Currently Representing Plaintiffs* - Defendants agree not to elicit any such evidence or make any comments or argument at the time of trial.

3. On Plaintiffs' *Motion In Limine To Exclude Any Reference To Settlement Negotiations Undertaken By The Parties* - Both parties mutually agree not to elicit any such evidence or make any comments or argument at the time of trial.

4. On Plaintiffs' *Motion In Limine To Prohibit Requests For Stipulations In Front Of The Jury* - Both parties mutually agree not to elicit any such evidence or make any comments or argument in front of the jury.

5. On Plaintiffs' *Motion In Limine To Exclude Any Reference To Collateral Source Benefits That Are Or May Become Available To The Plaintiffs* - Defendants agree not to elicit any such evidence or make any comments or argument at the time of trial except as part of any appropriate post trial motions.

6. On Plaintiffs' *Motion In Limine To Exclude Any Reference To Effect Of The Plaintiffs' Lawsuit On Public Entity* - Defendants agree not to elicit any such evidence or make any comments or argument at the time of trial.

///

///

Joint Stipulation Re: Motions *In Limine*

1       7.      On Plaintiffs' *Motion In Limine To Exclude Use Of The "Golden Rule" Argument* - Defendants agree not elicit any such evidence or make any comments or argument at the time of trial.

      8.      On Plaintiffs' *Motion In Limine To Exclude Use Of A Party's Own Discovery Responses As Substantive Evidence* - Both parties mutually agree not to make use of their own discovery responses as substantive evidence.

      9.      On Plaintiffs' *Motion In Limine To Use Copies of <u>Police Combatives</u> In Lieu Of Original* - Defendants object to introduction of this Exhibit as set forth in Defendants' *Motion In Limine To Exclude Introduction Of Or Reference By Counsel Or Witnesses To The Book Entitled "Police Combatives" Or Any Portions Thereof*.  In the event that the court denies defendants' Motion in Limine or grants it in part, defendants do not object to a copy being used in lieu of the original of those parts of *Police Combatives* ,if any, that the court allows to be introduced into evidence.

      10.      On Plaintiffs' *Motion In Limine To Exclude Any Reference To The Fact That Plaintiffs Filed Motions In Limine* - Both parties mutually agree not to elicit any such evidence or make any comments or argument at the time of trial that either party filed Motions in Limine.

## ON DEFENDANTS' MOTIONS *IN LIMINE*

      1.      On Defendants' *Motion In Limine To Exclude Testimony By Daniel Sullivan As To Defendant Matthew Sanchez's State Of Mind* - Plaintiffs agree not to elicit testimony from Mr. Sullivan that Defendant Sanchez's actions on March 22, 2004 were either "deliberate" or "malicious."  However, the parties understand and agree that Plaintiffs reserve the right to elicit such testimony on the issue of punitive damages.

      2.      On Defendants' *Motion In Limine To Exclude Any Evidence Or Opinions Regarding The Adequacy Of The Internal Affairs Investigation Conducted By The Santa Rosa Police Department In This Matter* - Plaintiffs agree not to elicit any such evidence or opinions or comment upon this issue at the time of trial.

///

Joint Stipulation Re: Motions *In Limine*

3. On Defendants' *Motion In Limine To Exclude Testimony Regarding Any Other Incidents Or Conduct Of Officer MATTHEW SANCHEZ* - Plaintiffs agree not to elicit any such testimony or evidence or make any comment or argument at the time of trial regarding this issue.

4. On Defendants' *Motion In Limine To Exclude Any Evidence Of Any Other Civil Rights Actions Filed Against The City, Including But Not Limited To, Cases Regarding The Use Of Tasers Or Incidents Involving The Use Of Tasers* - Plaintiffs agree not to elicit any such evidence or make any comment or argument regarding this issue at the time of trial.

5. On Defendants' *Motion In Limine To Exclude Evidence Of Wage Loss Claim Of Beverly Lambert* - Plaintiffs agree not to elicit any such evidence or make any comment or argument regarding this issue at the time of trial.

Dated:_____      _____/s/_____
                          Eric G. Young, Attorneys for Plaintiffs

Dated:_____      _____/s/_____
                          Caroline L. Fowler, Attorneys for Defendants

The parties having Stipulated and Good Cause appearing, IT IS SO ORDERED. Parties and counsel are instructed to comply with the terms of this Stipulation and Order and, further, to instruct all witnesses not to violate any of the terms of this Stipulation and Order.

10/23/06
Dated:_____      _____
                          The Honorable Claudia Wilken,
                          U.S. District Court Judge

Joint Stipulation Re: Motions *In Limine*