1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2  City of Santa Rosa
   100 Santa Rosa Avenue
3  P. O. Box 1678
   Santa Rosa, California 95402-1678
4
   Telephone:  (707) 543-3040
5
   Attorneys for Defendants City of Santa Rosa
6  and Officer Matthew Sanchez

7
                    **UNITED STATES DISTRICT COURT**
8
                  **NORTHERN DISTRICT OF CALIFORNIA**
9

10  WILLIAM LAMBERT, an individual, and          Case No.  C 05-02931 CW
    BEVERLY LAMBERT, an individual,
11
                    Plaintiffs,                  **ORDER GRANTING DEFENDANTS**
12                                               **PERMISSION TO BRING CASSETTE**
                    v.                           **RECORDER TO TRIAL**
13
    CITY OF SANTA ROSA, a chartered city;
14  MATTHEW A. SANCHEZ, individually             **Trial Date:   November 6, 2006**
    and as a Police Officer of the Santa Rosa    **Time:         8:30 a.m.**
15  Police Department; ALISSA JOHNSON,           **Courtroom:    2, 4th Floor, 1301 Clay St.**
    individually and as a Police Officer of the                 **Oakland, CA**
16  Santa Rosa Police Department; and DOES 1
    through 25,
17
                    Defendants.
18  _____/

19

20       As defendants City of Santa Rosa and Matthew Sanchez have audio tapes as part of their

21  exhibits for trial and will require a cassette recorder to play those audio tapes, it is ordered that

22  Assistant City Attorney, Caroline L. Fowler, is permitted to bring a cassette recorder into the

23  United States District Court located at 1301 Clay Street, Oakland, California.

24       **IT IS SO ORDERED**.

25       10/24/06

26  Dated:  _____        _____
                                     THE HONORABLE CLAUDIA WILKEN
27

28

Order Granting Defendants
Permission to Bring Cassette Recorder to Trial                    Case No. C 05-02931 CW