IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMBERT, et al., | No. C 05-02931 CW |
| Plaintiffs, | SEALING ORDER |
| v. | |
| CITY OF SANTA ROSA, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the Declaration of Matthew Sanchez dated November 8th, 2006, and filed on December 12, 2006, shall be filed under seal.

12/12/06
Dated

CLAUDIA WILKEN
United States District Judge